**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAMBA, INC. | § | CASE NO. 00-40752-H2-7 |
| F/K/A AMBAR, INC., AMBAR SERVICES, | § | |
| | § | |
| AMBAR MARINE, INC., | § | CASE NO. 00-40753-H5-7 |
| | § | |
| AMBAR CHEMICAL, INC. | § | CASE NO. 00-40754-H4-7 |
| | § | |
| DEBTOR. | § | JOINTLY ADMINISTERED |
| | § | UNDER CASE NO. 00-40752-H2-7 |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends


__X__ Unclaimed Dividends

| | | |
|---|---|---|
| Claim #2   Ck #5175 $1,588.41 | Claim #7   Ck #5176   $80.24 | Claim #13 Ck #5177 $6,516.01 |
| Safety-Kleen Corp. | A-1 Freeman Relocation, Inc. | Century Offshore Management |
| Attn: Carol Russell | Agent 1788 Houston | 3900 N. Lakeway 1 |
| PO Box 11393 | PO Box 99721 | Suite 1400 |
| Columbia, SC  29211 | Oklahoma City, OK  73199 | Metarie, LA 70002 |

Total Unclaimed Dividends            n/a

Total Small & Unclaimed Dividends    $ 8,184.66