

ENTERED
03/04/2010

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:                                              Case No. 00-40752
   Ramba Inc F/K/A AMBAR INC., AMBAR SERVICES

   Debtor(s).

### Order for Payment of Unclaimed Funds

#559

Upon the application of Century Exploration New Orleans, Inc. successor to Century Offshore Management, seeking payment of $ 7,154.40 representing funds previously unclaimed by

   Century Exploration New Orleans, Inc.
      successor to Century Offshore Management
   3838 North Causeway Blvd., Suite 2800
   Metairie LA 70002

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Century Exploration New Orleans, Inc. successor to Century Offshore Management is entitled to

the unclaimed funds, it is

   Ordered that the Clerk pay $ 7,154.40 to:

   Century Exploration New Orleans, Inc. successor to Century Offshore Management
      c/o American Property Locators, Inc.
      3855 S. Boulevard, Suite 200
      Edmond, OK 73013

Signed this 4th day of March, 2010.

*Wesley W. Sta[signature]*
United States Bankruptcy Judge